```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2019

------------------------------------------------------------ X

MICHAEL E. MEGGINSON,

                Plaintiff,

         -v -

DEPT. CAMRON; DEPT. LUIS; DEPT. CARTER; 1 STAR CHIEF JENNINGS; NEW YORK CITY DEPARTMENT OF CORRECTIONS.

                Defendants.

------------------------------------------------------------ X

1:18-cv-7206-GHW

ORDER

GREGORY H. WOODS, District Judge:

On November 27, 2019, Plaintiff wrote the Court a letter moving, among other things, for summary judgment against Robert Molina. Dkt. No. 40. This letter was captioned with "18cv7206," and so was filed in this action, Megginson v. Camron, *et al*. Because Plaintiff's letter references Defendant Molina, however, the Court understands this letter as an application in 1:18-cv-05808-GHW, Megginson v. Molina, *et al*. Mr. Megginson's letter has therefore been docketed in that case and the Court understands that no further action is required of Defendants in this matter.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff by first class and certified mail.

SO ORDERED.

Dated: December 8, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge