```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  MICHAEL E. MEGGINSON,                                       :
                                                              :
                                    Plaintiff,                :   1:18-cv-7206-GHW
                                                              :
                        -v -                                  :   ORDER
                                                              :
  DEPT. CAMRON; DEPT. LUIS; DEPT.                             :
  CARTER; 1 STAR CHIEF JENNINGS;                              :
  NEW YORK CITY DEPARTMENT OF                                 :
  CORRECTIONS.                                                :
                                                              :
                                    Defendants.               :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2020

GREGORY H. WOODS, District Judge:

On February 25, 2020, Defendants submitted a proposed Stipulation and Order of Dismissal in this case. Dkt. No. 48. Although the document was signed, it was not dated. The first line of the second page provides a space for the parties to note the date that they signed the proposed Stipulation and Order; that is not the date of any Court endorsement of the proposed Order.

The parties are directed to submit a dated and signed copy of the proposed Stipulation and Order of Dismissal.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by first class and certified mail.

SO ORDERED.

Dated: February 26, 2020
New York, New York

                                    _____
                                            GREGORY H. WOODS
                                         United States District Judge