```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
        :
MICHAEL E. MEGGINSON,        :
        :
        Plaintiff,    :    1:18-cv-7206-GHW
        :
    -v -    :    <u>ORDER</u>
        :
DEPT. CAMRON et al.    :
        :
        Defendants.    :
        :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    On June 30, 2020, the Court received a letter from Mr. Megginson requesting, among other things, an update regarding his settlement. In response, Corporation Counsel wrote the Court on July 2, 2020 noting that the settlement paperwork is still being processed by the Comptroller's Office, but that she is in regular communication with Ms. Smith-White, Mr. Megginson's mother and Power of Attorney regarding the status of Mr. Megginson's settlement.

    Corporation Counsel stated that the payment process can take up to ninety days. Mr. Megginson is welcome to reach out to the Court again if his settlement paperwork has still not been processed by the end of the ninety-day period which, by the Court's calculation, falls on July 21, 2020.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff by first class mail and file proof of service on the docket.

    SO ORDERED.

Dated: July 3, 2020

                                                                 GREGORY H. WOODS
                                                             United States District Judge